**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROY FARQUHARSON, | Case No. 2:15-CV-00280-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| A HOME 4 YOU, | (DKT. #4) |
| Defendant. | |

On May 28, 2015, Magistrate Judge Koppe entered Report and Recommendation (Dkt. #4) recommending I dismiss this complaint because the plaintiff failed to comply with the court's orders. Plaintiff Roy Farquharson did not file an objection to the Report and Recommendation.

I conducted a *de novo* review of the issues set forth in the Report and Recommendation. 28 U.S.C. § 636(b)(1). Judge Koppe's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Report and Recommendation (Dkt. #4) is accepted.

IT IS FURTHER ORDERED that this action is dismissed without prejudice.

DATED this 8th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE